# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED APRIL 30, 2015

---

### NO. 03-11-00338-CV

---

**Greg Abbott, in his Official Capacity as Governor of the State of Texas; Kyle Janek, in his Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission; Jon Weizenbaum, in his Official Capacity as Commissioner of the Texas Department of Aging and Disability Services; Laura Cazabon-Braly, in her Official Capacity as Director of the Austin State Supported Living Center; Mike Davis, in his Official Capacity as Director of the Mexia State Supported Living Center; and Gale Wasson, in her Official Capacity as Director of the Lufkin State Supported Living Center, Appellants**

**v.**

**G.G.E, E.M.B, and G.D.E. through their next friend, Geoffrey Courtney; and Disability Rights Texas, Appellees**

---

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, HENSON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN:
### JUSTICE HENSON NOT PARTICIPATING

---

This is an appeal from the interlocutory order denying the plea to the jurisdiction signed by the trial court on May 5, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.